No. 44. UNITED STATES *v.* INTERNATIONAL UNION UNITED AUTOMOBILE, AIRCRAFT AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW–CIO), 352 U. S. 567;

No. 735. UNION LEADER CORP. *v.* McLAUGHLIN, *ante,* p. 909;

No. 488, Misc. ALVIN *v.* MICHIGAN, 352 U. S. 1011; and

No. 558, Misc. STONE *v.* WYOMING EX REL. GUY, ATTORNEY GENERAL, ET AL., 352 U. S. 1026. Petitions for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications.

No. 28. ROGERS *v.* MISSOURI PACIFIC RAILROAD CO., 352 U. S. 500; and

No. 42. WEBB *v.* ILLINOIS CENTRAL RAILROAD CO., 352 U. S. 512. Motions for leave to file briefs of Association of American Railroads, as *amicus curiae,* granted. Petitions for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of these motions and applications.

APRIL 29, 1957.

No. 801. AERO DESIGN & ENGINEERING CO. ET AL. *v.* OKLAHOMA EMPLOYMENT SECURITY COMMISSION ET AL.

*Per Curiam:* The judgment is affirmed. *Edward E. Soulé, Robert J. Emery* and *Edward M. Box* for appellants. *Mac Q. Williamson,* Attorney General of Oklahoma, *James C. Harkin,* Assistant Attorney General, and *Milton R. Elliott* for the Oklahoma Employment Security Commission et al., and *Harold Cranefield* for Abraham, appellees.